IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RACHEL ANN NAPLES, | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 1:24-CV-00086-MJT-ZJH |
| | § | |
| v. | § | |
| | § | |
| TRUIST BANK, | § | JUDGE MICHAEL TRUNCALE |
| *Defendant*. | § | |

ORDER OF DISMISSAL

On March 6, 2024, pro se Plaintiff Rachel Ann Naples filed a *Complaint* against Defendant Truist Bank. Doc. No. 1. On the same day, Naples filed a *Motion for Leave to Proceed in Forma Pauperis*. Doc. No. 2. Pursuant to a standing order, this case was referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. Judge Hawthorn set a *Spears* hearing for June 25, 2024. Doc. No. 3. The Clerk sent notice of the hearing by certified mail to the address listed for Naples, yet she failed to appear at the hearing. Doc. No. 4.

Federal Rule of Civil Procedure 41(b) authorizes the district court to dismiss an action for failure to prosecute or for failure to comply with any court order. FED. R. CIV. P. 41(b); *Boudwin v. Grayston Ins. Co.*, 756 F.2d 399, 401 (5th Cir. 1985). "This authority flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Id.* (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962)). The exercise of this power is committed to the sound discretion of the court. *Green v. Forney Eng'g Co.*, 589 F.2d 243, 248 (5th Cir. 1979).

Because Naples did not appear at the *Spears* hearing, she has failed to comply with a court order and failed to prosecute her case. Moreover, after filing her *Complaint*, she has not contacted

the Court.  Accordingly, Naples' case should be dismissed under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order and failure to prosecute.

It is, therefore, ORDERED that Plaintiff Rachel Ann Naples' *Complaint* is DISMISSED WITHOUT PREJUDICE.

**SIGNED this 13th day of August, 2024.**

Michael J. Truncale
United States District Judge